**Luther B. JACKSON, Plaintiff–Appellant,**

**v.**

**Terry HENSLEY et al., Defendants-Appellees.**

**No. 73-2084.**

United States Court of Appeals,
Fifth Circuit.

Sept. 7, 1973.

Luther B. Jackson, pro se.

Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for defendants-appellees.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

It is hereby ordered that the above styled and numbered appeal be dismissed for want of prosecution in view of the appellant's failure to file a brief within the time fixed by the rules.[1] Rule 9(b). See Tidwell v. Dees, 5th Cir. 1972, 464 F.2d 1297.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Local Rule 9(c)(2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure.

Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.